# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA PALACIOS, | ) | 1:08cv0158 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 4) |
| LINDA E. STIFF, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, appearing pro se, filed the instant action on January 31, 2008.

On February 4, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 4, 2008, is ADOPTED IN FULL; and

1	   2.	The action is DISMISSED WITHOUT LEAVE TO AMEND..
2	      This terminates this action in its entirety.
3
4	IT IS SO ORDERED.
5	**Dated:   March 17, 2008**	           **/s/ Oliver W. Wanger**
	                                               UNITED STATES DISTRICT JUDGE